## ORDER

PER CURIAM:

**AND NOW**, this 24th day of March 2000, Petitioner's petition for reconsideration is granted and this Court's order of March 13, 2000 is vacated. Petitioner shall have twenty (20) days from the date of this order to file an amended counseled PCRA petition in the Lebanon County Court of Common Pleas.

It is further ordered that petitioner's execution shall be stayed pending review of the amended PCRA petition.

---

748 A.2d 1233

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Bradley A. MARTIN, Petitioner.**

Supreme Court of Pennsylvania.

March 24, 2000.

## ORDER

PER CURIAM:

**AND NOW**, this 24th day of March 2000, Petitioner's petition for reconsideration is granted and this Court's order of March 13, 2000 is vacated. Petitioner shall have twenty (20) days from the date of this order to file an amended counseled PCRA petition in the Lebanon County Court of Common Pleas.

It is further ordered that petitioner's execution shall be stayed pending review of the amended PCRA petition.